**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KENDRICK JOHNSON**                                                    **PLAINTIFF**

**V.**                                                                   **NO: 4:06CV137- EMB**

**CHRISTOPHER EPPS, ET AL.**                                            **DEFENDANTS**

<u>**ORDER DISMISSING CASE**</u>

The Court takes up, *sua sponte*, the dismissal of this case.  On May 21, 2007, the Court

entered an Order scheduling a *Spears* hearing in this case.  (Dckt. Entry #10].  The Order

cautioned Plaintiff that failure to keep the Court informed of his current address could lead to the

dismissal of this lawsuit.  Plaintiff understood this warning, as he previously notified the Court of

a change of address on July 13, 2007 [dckt. entry # 13].  Notwithstanding, Plaintiff has failed to

comply with the Court's Order, the Court having received mail returned from Plaintiff's last

known address on two occasions.  This case is **THEREFORE DISMISSED** without prejudice

for failure to prosecute and for failure to comply with an order of the Court under Fed.R.Civ.P.

41(b).

**SO ORDERED** this 6th day of March, 2008.


/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE